

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



United States of America,

    Plaintiff,

v.

                            Case No. 25-cr-20193

Veronica RAMIREZ-VERDUZCO,

    Defendant.

---

## WAIVER OF INDICTMENT

---

I, Veronica RAMIREZ-VERDUZCO, the defendant in this case, understand that I am being charged with the following felony: Unlawful Re-Entry Following Removal. I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
Veronica RAMIREZ-VERDUZCO
Defendant


_____
Lisa Dwyer
Attorney for Defendant

Dated: 4/4/2025