UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 25-cr-20193

    Hon Linda V. Parker

Veronica RAMIREZ-VERDUZCO,

    Defendant.
_____/

F I L E D
APR 0 4 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

## **DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

I, Veronica RAMIREZ-VERDUZCO, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: 2 years' imprisonment and a maximum fine of $250,000, or

    10 years' imprisonment if defendant's removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony, and a maximum fine of $250,000, or

    20 years' imprisonment if defendant's removal was subsequent to a conviction for commission of an aggravated felony, and a maximum fine of $250,000.

X_____
Veronica RAMIREZ-VERDUZCO
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 4/4/25

Lisa Dwyer
Counsel for Defendant